IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN DENNEY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 10-1154 |
| | ) |
| v. | ) Judge Cercone |
| | ) Magistrate Judge Bissoon |
| DAVID E. WALLACE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiffs' unopposed Motion (**Doc. 45**) for preliminary approval of the parties' proposed class action settlement is **GRANTED**.[1]  An order of preliminary approval will be filed contemporaneously herewith.

IT IS SO ORDERED.

June 20th, 2011

/s/ DS Cercone

David Stewart Cercone
United States District Judge

cc (via ECF email notification):

All Counsel of Record

---

[1] Although Plaintiff's current Motion does not provide details regarding the computation of class counsel's attorneys' fees, this information can and should be provided in connection with the settlement hearing and/or motion for final settlement approval. *See* Sandoval v. Tharaldson Emp. Mgmt., 2009 WL 3877203, *8 (C.D. Cal. Nov. 17, 2009) (where other terms of proposed class settlement are reasonable, details regarding attorneys' fees will not preclude preliminary approval; at preliminary approval stage, "the settlement need only be potentially fair, [and] the Court will make a final determination of its adequacy at the hearing") (citation omitted); *see also* Merola v. Atlantic Richfield Co., 515 F.2d 165, 169-70 (3d Cir. 1975) ("[a]ttorneys' fees are awardable [where] the benefit conferred [upon the class] is purely nonpecuniary in nature," even if benefit is difficult to quantify monetarily) (citations omitted) *and id.* at 172-73 (endorsing lodestar calculation under similar circumstances).