**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JORDAN DENNEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 10-1154 |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| DAVID E. WALLACE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT ORDER**

Consistent with the Order Granting Final Approval of Settlement and Judgment filed contemporaneously herewith, final judgment is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. The Clerk is directed to mark this case closed.

IT IS SO ORDERED.

September 9, 2011

s\Cathy Bissoon
Cathy Bissoon
United States Magistrate Judge

cc (via ECF email notification):

All Counsel of Record